CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTERMARE TRANSPORT GMBH,                          :
                                                   :
                                                   :
                         Plaintiff,                :    08-CV-3181
                                                   :
            v.                                     :    **NOTICE OF**
                                                   :    **APPEARANCE**
NAMIREI-SHOWA CO., LTD., NAKANISHI                 :
KIKAI, and SN NAVIGATION PANAMA a/k/a              :
SN NAVIGATION S.A. OF PANAMA                       :
                                                   :
                         Defendants.               :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       April 28, 2008

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

             By: _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ 07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email: reisert@navlaw.com