SEWARD & KISSEL LLP
Attorneys for Defendant
NAKANISHI KIKAI KOGYOSHO CO., LTD.
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200/Facsimile: (212) 480-8421
Bruce G. Paulsen (BP 9563)
Wayne A. Parker (WP 6661)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERMARE TRANSPORT GMBH,<br><br>                              Plaintiffs,<br><br>- against -<br><br>NAMIREI-SHOWA CO., LTD., NAKANISHI KIKAI, AND SN NAVIGATION PANAMA a//k/a SN NAVIGATION S.A. OF PANAMA,<br><br>                              Defendants. | Civil Action No.: 08 Civ. 3181 (WHP)<br><br>**RULE 7.1 STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Nakanishi Kikai Kogyosho Co., Ltd. ("Nakanishi"), a business entity organized and established pursuant to the laws of Japan, certifies that there is no parent corporation of Nakanishi or any publicly held corporation that owns 10% or more of its stock.

New York, New York
June 11, 2008

                                            By:    /S/Bruce G. Paulsen
                                                    Bruce G. Paulsen (BP 9563)
                                                    Wayne A. Parker (WP 6661)
                                                    SEWARD & KISSEL LLP
                                                     One Battery Park Plaza
                                                     New York, New York 10004
                                                     Telephone: (212) 574-1200
                                                     Facsimile: (212) 480-8421
                                                     *Attorneys for Defendant*
                                                     *Nakanishi Kikai Kogyosho Co., Ltd.*