```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
INTERMARE TRANSPORT GMBH,         :
                                                            :     08 Civ. 3181 (WHP)
                    Plaintiff,          :
                                                            :     ORDER FOR INITIAL
        -against-                         :     PRETRIAL CONFERENCE
                                                            :
NAMIREI-SHOWA COMPANY LIMITED, et al., :
                                                            :
                    Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for a pre-motion conference on August 22, 2008, the following schedule is established on consent of the parties:

1. Defendant Nakanishi Kikai shall serve and file its motion to vacate the attachment and dismiss the complaint by August 27, 2008;

2. Plaintiff shall serve and file its opposition to the motion by September 4, 2008;

3. Defendant shall serve and file any reply by September 8, 2008; and

4. Oral argument concerning the motion shall take place on September 11, 2008 at 11:00 a.m.

Dated: August 22, 2008
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of record:*

Anne Casey Levasseur, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
*Counsel for Plaintiff*

Bruce G. Paulsen, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1200
Fax: (212) 480-8421
*Counsel for Defendant Nakanishi Kikai*