SEWARD & KISSEL LLP
Attorneys for Defendant
NAKANISHI KIKAI KOGYOSHO CO., LTD.
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200/Facsimile: (212) 480-8421
Bruce G. Paulsen (BP 9563)
Wayne A. Parker (WP 6661)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERMARE TRANSPORT GMBH,<br><br>                                      Plaintiffs,<br>            - against –<br><br>NAMIREI-SHOWA CO., LTD., NAKANISHI KIKAI, AND SN NAVIGATION PANAMA a/k/a SN NAVIGATION S.A. OF PANAMA,<br><br>                                      Defendants. | **NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Civil Action No.<br>08 Civ. 3181 (WHP)<br>ECF CASE |

PLEASE TAKE NOTICE that upon the declaration of Mr. Masami Nakanishi pursuant to 28 U.S.C. § 1746 dated August 26, 2008, including all exhibits annexed thereto, the accompanying memorandum of law dated August 27, 2008 and upon all prior pleadings and proceedings herein, defendant Nakanishi Kikai Kogyosho Co., Ltd. ("Nakanishi") shall move this Court, at the United States Courthouse located at 500 Pearl Street, Room 11D, New York, New York 10007 before the Hon. William H. Pauley III, at such time as counsel may be heard, for an order vacating the order of attachment herein as to Nakanishi and dismissing the first amended complaint as against it, and for such other and further relief as is just.

Dated: New York, New York
       August 27, 2008

                                        SEWARD & KISSEL LLP

                                        By: s/Bruce G. Paulsen_____
                                        Bruce G. Paulsen
                                        SEWARD & KISSEL LLP
                                        One Battery Park Plaza
                                        New York, New York  10004
                                        (212) 574-1200

                                        Attorneys for Defendant
                                        Nakanishi Kikai Kogyosho Co., Ltd.

TO:

Patrick F. Lennon, Esq.
Lennon, Murphy & Lennon LLC
The Graybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212)490-6050

SK 25666 0001 899062 v2